**Order entered October 6, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00633-CR

## HILLARY BELLARD, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81098-2021**

## ORDER

Before the Court is reporter Robyn Rodriguez's October 4, 2021 second request for an extension of time. We **GRANT** the request and **ORDER** the report's record filed **on or before November 3, 2021**.

/s/     DENNISE GARCIA
        JUSTICE